741 A.2d 1289

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jose Pacheco VALENTIN, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 17, 1999.

Decided Dec. 23, 1999.

Tamara L. Glaser, Sharon, for Jose Valentin.

James P. Epstein, Samuel R. Zuck, Mercer, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of December, 1999, the decision of the Superior Court is affirmed on the basis of *Commonwealth v. Hawkins,* 553 Pa. 76, 718 A.2d 265 (1998).